UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR 416-260 |
| v. | ) | |
| | ) | |
| SENECA ROBERTS | ) | |

## ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States Attorney for the Southern District of Georgia hereby dismisses, without prejudice, defendant **SENECA ROBERTS**, from the indictment herein, said dismissal being in the interests of justice.

Respectfully submitted,

EDWARD J. TARVER
UNITED STATES ATTORNEY

*s/Carlton R. Bourne, Jr.*
Carlton R. Bourne, Jr.
Assistant United States Attorney

Leave of court is grated for the filing of the foregoing dismissal, without prejudice, from Indictment No. CR 416-260.

So ORDERED, this ___ day of December, 2016.

HON. WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA